UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

RASHETA BUNTING, Individually and as the representative of a class of similarly situated persons,

Plaintiff,

Case No. 1:20-cv-5336-FB-RER

- against -

FETCH REWARDS, INC.,

Defendant.

---------------------------------------------------------X

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff, Rasheta Bunting, by and through counsel, to provide notice to the Court that the present case has been settled between the parties, and states:

1. The parties have reached an agreement in principle and a formal settlement agreement containing the agreed-upon terms is in the process of being finalized. Once the Agreement is fully executed, and the terms have been fulfilled, Plaintiff will submit a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for thirty (30) days to assure that the terms of the Agreement have been satisfied.

Dated: Scarsdale, New York
January 21, 2021

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: _*/s/Dan Shaked*__________
Dan Shaked (DS-3331)
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel. (917) 373-9128
e-mail: ShakedLawGroup@Gmail.com