**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

RASHETA BUNTING,

Plaintiff, Case No. 1:20-cv-5336-FB-RER

- against -

FETCH REWARDS, INC.,

Defendants.

---------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Fetch Rewards, Inc. No Answer has been filed in this case.

Dated: Scarsdale, New York
February 24, 2021

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: */s/Dan Shaked*____________
Dan Shaked (DS-3331)
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel. (917) 373-9128
Fax (718) 704-7555
e-mail: ShakedLawGroup@Gmail.com